# EXHIBIT A

# STATE OF MISSOURI
## DIVISION OF PROFESSIONAL REGISTRATION
## STATE BOARD OF REGISTRATION FOR THE HEALING ARTS
### PHYSICIAN HOSPITAL AFFILIATION VERIFICATION

OF REGISTRATION FOR THE HEALING ARTS
P.O. BOX 4, JEFFERSON CITY, MO 65102
FOR OVERNIGHT DELIVERIES
3605 MISSOURI BLVD., JEFFERSON CITY, MO 65109
TELEPHONE (573) 751-0098
TOLL FREE (866) 289-5753
FAX (573) 751-3166

| APPLICANT LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | DATE |
|---|---|---|---|---|
| Smith | Kolette | L | MD | 11-15-18 |

**HOSPITAL NAME:** Labette Health

| HOSPITAL ADDRESS | CITY, STATE ZIP |
|---|---|
| 1902 S. US HIGHWAY 59 | PARSONS, KS 67357 |

| TERM STARTED | TERM COMPLETED |
|---|---|
| 2002 | 1/2018 |

I hereby authorize the above-named hospital, its staff or representative, to provide to the Missouri State Board of Registration for the Healing Arts any and all information requested below, whether such information is favorable or unfavorable, and I hereby release any and all liability against the above-named institution and/or person for any and all acts performed in fulfilling this request, provided that such acts are performed in good faith and without malice. Further, I request that this completed form be sent directly to the Missouri State Board of Registration for the Healing Arts.

SIGNATURE: [signed] KS

DATE OF BIRTH: [redacted]

SOCIAL SECURITY NUMBER*: [redacted]

### HOSPITAL ADMINISTRATOR SECTION

This section must be completed by the hospital administrator or his/her representative and returned to the Missouri State Board of Registration for the Healing Arts.

1. The above-named physician is/has been affiliated with our hospital from **2/01/1999** to **2/02/2018**

2. Based on past performance, would you recommend this physician for reappointment at this hospital? ☐ YES ☒ NO

3. During the stated period of time, were the practice privileges of this individual restricted, limited, suspended, or revoked as a result of disciplinary action? ☐ YES ☒ NO

4. Please submit an explanation if question 2 is answered "no" and/or 3 is answered "yes"

**COMMENTS, IF ANY:**

Dr. Smith voluntarily resigned her privileges pursuant to Labette Health's Medical Staff Bylaws and Rules and Regulations because she refused to fulfill her scheduled call obligations. Dr. Smith's call obligation did not arise from a contract with Labette Health, but from her obligations as a member of the medical staff, as outlined in the medical staff Bylaws and Rules and Regulations. Dr. Smith is difficult to work with and not easily managed.

I SOLEMNLY SWEAR THAT THE ABOVE INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

| PRINT NAME OF ADMINISTRATOR/REPRESENTATIVE | TITLE | EMAIL ADDRESS |
|---|---|---|
| Brian Williams | President/CEO | bwilliams@labettehealth.com |

| SIGNATURE OF ADMINISTRATOR/REPRESENTATIVE | TELEPHONE NUMBER | DATE |
|---|---|---|
| [signed] CEO | 620-820-5371 | 1-16-19 |

MO 375-0457 (11-17)   * VERIFICATION PURPOSES ONLY   PAGE B